## OLANDER V. JACOBSON *et al.*

(Opinion filed April 18, 1896.)

Appeal from circuit court, Minnehaha county. Hon. JOS. W. JONES, Judge.

Action for injunction and for damages. Plaintiff had judgment, and defendant appeals. Modified and affirmed.

*Hosmer H. Keith,* for appellants.

*Davis, Lyon & Gates,* for respondent.

HANEY, J. The same questions are involved in this case as in Webster v. White (decided at the present term) 66 N. W. 1145. For the reasons therein announced, the judgment in this case is modified by reducing the amount of damages from $25 to $1. So modified, the judgment is affirmed.

CORSON, P. J., dissenting.